**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CURTIS L. DOWNING, *et al.*, | Case No. 2:16-cv-02131-APG-PAL |
| Plaintiffs, | |
| v. | **ORDER** |
| STEVEN B. WOLFSON, *et al.*, | |
| Defendants. | |

On September 7, 2016, the court received the plaintiffs' complaint. ECF No. 1. The plaintiffs did not file an application to proceed in forma pauperis and did not pay the filing fee. The court will retain the plaintiffs' complaint but will not take further action until the matter of the payment of the filing fee is resolved.

IT IS THEREFORE ORDERED that the clerk of the court must send the plaintiffs the approved form application to proceed without prepayment of fees.

IT IS FURTHER ORDERED that by October 13, 2016, the plaintiffs must either: (1) file a fully complete application to proceed without prepayment of fees, or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that the plaintiffs' failure to timely comply with this order may result in this case being dismissed without prejudice.

IT IS FURTHER ORDERED that the plaintiffs shall file a certificate of interested parties as required by Local Rule 7.1-1 by October 13, 2016.

DATED this 14th day of September, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE