# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CURTIS L. DOWNING, *et al.*, | Case No. 2:16-cv-02131-APG-PAL |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO EXTEND TIME** |
| STEVEN B. WOLFSON, *et al.*, | (ECF No. 3) |
| Defendants. | |

IT IS ORDERED that the plaintiffs' motion to extend time **(ECF No. 3) is GRANTED**.

IT IS FURTHER ORDERED that by November 14, 2016, each of the plaintiffs must either: (1) file a fully complete application to proceed without prepayment of fees, or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).   The plaintiffs are warned that each must sign his own court filings and none can sign for any other.

IT IS FURTHER ORDERED that the plaintiffs' failure to timely comply with this order may result in this case being dismissed without prejudice.

IT IS FURTHER ORDERED that the plaintiffs shall file a certificate of interested parties as required by Local Rule 7.1-1 by November 14, 2016.

DATED this 3rd day of October, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE