UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CURTIS L. DOWNING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN B. WOLFSON, *et al.*, <br><br> Defendants. | Case No. 2:16-cv-02131-APG-PAL <br><br> **ORDER** <br><br> (ECF No. 9) |

The Court received a certificate of interested parties from Melvin C. Coleman, which identifies Coleman as a plaintiff in this case. ECF No. 9. However, Coleman is not named in the complaint as a plaintiff in this action. ECF No. 1-1. This document is therefore a rogue filing and will be returned to Coleman along with a copy of this order.

IT IS THEREFORE ORDERED that Melvin Coleman's certificate of interested parties is a rogue document because Melvin Coleman is not a plaintiff in this action.

IT IS FURTHER ORDERED that the clerk of court shall return a copy of this order along with a copy of the certificate of interested parties (ECF No. 9) to Melvin Coleman.

DATED this 24th day of October, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE