UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CURTIS L. DOWNING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN B. WOLFSON, *et al.*, <br><br> Defendants. | Case No. 2:16-cv-02131-APG-PAL <br><br> **ORDER** <br><br> (ECF No. 25) |

    The Court received a certificate of interested parties from Leon McCoy, which identifies McCoy as a plaintiff in this case. ECF No. 25. However, McCoy is not named in the complaint as a plaintiff in this action. ECF No. 1-1. This document is therefore a rogue filing and will be returned to McCoy along with a copy of this order.

    IT IS THEREFORE ORDERED that Leon McCoy's certificate of interested parties is a rogue document because Leon McCoy is not a plaintiff in this action.

    IT IS FURTHER ORDERED that the clerk of court shall return a copy of this order along with a copy of the certificate of interested parties (ECF No. 25) to Leon McCoy.

    DATED this 23rd day of November, 2016.

                                             ANDREW P. GORDON <br>
                                             UNITED STATES DISTRICT JUDGE