**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| CURTIS L. DOWNING, *et al.*, | Case No. 2:16-cv-02131-APG-PAL |
| Plaintiffs, | |
| v. | **ORDER** |
| STEVEN B. WOLFSON, *et al.*, | (ECF Nos. 27, 28, 29) |
| Defendants. | |

The Court received a certificate of interested parties, a financial certificate, and a letter from Kelvin Wilson, which identify Wilson as a plaintiff in this case. ECF Nos. 27, 28, 29. However, Wilson is not named in the complaint as a plaintiff in this action. ECF No. 1-1.  This document is therefore a rogue filing and will be returned to Wilson along with a copy of this order.

IT IS THEREFORE ORDERED that the clerk of court shall return a copy of this order along with a copy of the certificate of interested parties (ECF No. 27), financial certificate (ECF No. 28), and letter (ECF No. 29) to Kelvin Wilson.

DATED this 30th day of November, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE