UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CURTIS L. DOWNING, et al.,<br><br>                         Plaintiffs,<br>v.<br><br>STEVEN B. WOLFSON, et al.,<br><br>                         Defendants. | Case No. 2:16-cv-02131-APG-PAL<br><br>**ORDER**<br><br>(Mots. Ext. Time – ECF Nos. 19, 20, 21, 24;<br>Mot. for Filed Docs. ECF No. 35) |

This matter is before the court on Plaintiffs Edwin Artiga, Gaston Joseph Danjou, Oscar Perez-Marquez, and Fabian F. Rosas' Motions to Extend Time (ECF No. 19, 20, 21, 24) and Plaintiff Gaston Joseph Danjou's Motion for Documents Filed (ECF No. 35). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

Plaintiffs are prisoners in the custody of the Nevada Department of Corrections ("NDOC") and they are proceeding in this civil rights action *pro se*, which means that they are not represented by an attorney. See LSR 2-1. Plaintiffs commenced this action on September 7, 2016, by filing a civil rights Complaint (ECF No. 1-1) as part of their initiating documents, but they did not pay the filing fee or submit applications to proceed *in forma pauperis* ("IFP"). The court informed plaintiffs that the complaint would be retained but no further action would be taken until the matter of the payment of the filing fee is resolved. Order (ECF No. 2). The court ordered plaintiffs to either: (1) file a fully complete application to proceed without prepayment of fees, or (2) pay the full $400 fee for filing a civil action. Orders (ECF Nos. 2, 4).

Plaintiffs Artiga, Perez-Marquez, Danjou, and Rosas have filed motions requesting an extension of time to comply with the court's orders. See Mots. (ECF No. 19, 20, 21, 24).[1] Having

---

[1] Artiga, Perez-Marquez, and Rosas subsequently filed IFP Applications (ECF Nos. 23, 33, 34).

reviewed and considered the matter, and for good cause appearing, the motions are granted.

Mr. Danjou also filed a Motion (ECF No. 35) requesting a copy of all documents and pleadings filed in this case. To date, Danjou has not filed an IFP application or paid the $400 filing fee. The court informed plaintiffs that no further action would be taken until the matter of the payment of the filing fee is resolved. Order (ECF No. 2). Thus, the motion is denied.

Based on the foregoing,

**IT IS ORDERED**:

1. Plaintiffs Edwin Artiga, Oscar Perez-Marquez, Gaston Joseph Danjou, and Fabian F. Rosas' Motions to Extend Time (ECF No. 19, 20, 21, 24) are GRANTED.

2. Plaintiff Gaston Joseph Danjou's Motion for Documents Filed (ECF No. 35) is DENIED.

Dated this 27th day of March, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE