# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Curtis L. Downing, et al., | Case No. 2:16-cv-02131-APG-PAL |
| Plaintiffs, | |
| v. | **ORDER** |
| Steven B. Wolfson, et al., | (ECF Nos. 45, 46) |
| Defendants. | |

The plaintiff's Motion for Extension of Time **(ECF No. 45) is GRANTED**. The plaintiff's objection to the Report of Findings and Recommendation is due by June 30, 2017. The plaintiff's Motion to Exceed Page Limit **(ECF No. 46) is DENIED**.

Dated: May 15, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE