# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CURTIS L. DOWNING, *et al.*, | Case No. 2:16-cv-02131-APG-PAL |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** |
| STEVEN B. WOLFSON, *et al.*, | (ECF No. 54) |
| Defendants. | |

IT IS ORDERED that the plaintiffs' motion for relief from judgment **(ECF No. 54) is DENIED**.

DATED this 6th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE